January 29, 2015


Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX  78711

**Re:  COA No. 03-14-00809-CV**
    **Trial Court No. D-1-GN-14-000207**
    **James Frost v David Albers, et al.**

Dear Mr. Kyle:

This letter is to inform you that Appellant has not made payment for the Reporter's Record.

Sincerely,


/s/ Meanette J Salgado
Meanette J Salgado, CSR, RPR
Official Court Reporter
126th Judicial District Court
P.O. Box 1748
Austin, Texas 78767